IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DAVID LIBRACE                                                               PLAINTIFF

V.                          Case No. 2:19cv32

DAVID SACHAR, Executive Director,
Judicial Discipline & Disability Commission; and
Asa Hutchinson, II, Governor, State of
Arkansas                                                      DEFENDANTS

## ORDER

Pending before this Court is Plaintiff's Motion to Proceed *In Forma Pauperis*. Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court is required to screen the complaint before ordering service to determine if the complaint should be dismissed on the grounds that it is (i) frivolous or malicious, (ii) fails to state a claim upon which relief may be granted, or (iii) seeks monetary relief from a defendant who is immune from such relief. See *Key v. Does*, 217 F. Supp. 3d 1006, 1007 (E.D. Ark. 2016). Mr. Librace's complaint is both frivolous and fails to state a claim for which relief may be granted. His motion to proceed *in forma pauperis* (Docket No. 1) is denied and this case is DISMISSED.

IT IS SO ORDERED this 17th day of April, 2019.

                                                                              _____
                                                                              James M. Moody
                                                                              United States District Judge